# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

SHAWN DeVAZIER MANLEY, in her
capacities as Executrix of the Estate of the
Donna A. DeVazier and as Beneficiary of
the Donna A. DeVazier Irrevocable Inter
Vivos Trust No. 1 dated December 29, 2003           PLAINTIFF

v.                    No. 2:15-cv-54-DPM

THOMAS BRADLEY DeVAZIER, as Trustee
of the Donna A. DeVazier Irrevocable Inter
Vivos Trust No. 1 dated December 29, 2003           DEFENDANT

## ORDER

Manley's request for immediate injunctive relief, which is embedded in her complaint, is denied without prejudice. LOCAL RULE 7.2(e).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 April 2015