IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SHAWN DeVAZIER MANLEY, in her
capacities as Executrix of the Estate of the
Donna A. DeVazier and as Beneficiary of
the Donna A. DeVazier Irrevocable Inter
Vivos Trust No. 1 dated December 29, 2003      PLAINTIFF

v.                  No. 2:15-cv-54-DPM

THOMAS BRADLEY DeVAZIER, as Trustee
of the Donna A. DeVazier Irrevocable Inter
Vivos Trust No. 1 dated December 29, 2003      DEFENDANT

ORDER

Manley's motion for a temporary restraining order, № 3, is noted. First, the Court has doubts about its subject matter jurisdiction. Manley should file a brief addressing that point by 27 April 2015. Second, there does not appear to be any *imminent* irreparable harm in prospect. The federal estate taxes, for example, aren't due until 22 May 2015. The Court therefore declines to act until subject matter jurisdiction can be addressed. DeVazier must file an expedited response to the motion for injunctive relief, and address jurisdiction, by 30 April 2015. Because DeVazier hasn't answered or otherwise appeared, the Court orders Manley to send DeVazier's lawyer a copy of this Order today by email, facsimile, and U.S. mail. Manley shall file

proof of service by tomorrow, 24 April 2015.

So Ordered.

*WPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

23 April 2015