# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**SHAWN DeVAZIER MANLEY, in her
capacities as Executrix of the Estate of the
Donna A. DeVazier and as Beneficiary of
the Donna A. DeVazier Irrevocable Inter
Vivos Trust No. 1 dated December 29, 2003**          **PLAINTIFF**

v.                          **No. 2:15-cv-54-DPM**

**THOMAS BRADLEY DeVAZIER, as Trustee
of the Donna A. DeVazier Irrevocable Inter
Vivos Trust No. 1 dated December 29, 2003**          **DEFENDANT**

## JUDGMENT

Manley's complaint is dismissed without prejudice because this Court

lacks subject matter jurisdiction under 28 U.S.C. § 1331.


_____
D.P. Marshall Jr.
United States District Judge

_5 May 2015_